DECEMBER 1, 1964

**No. 68918.**—APPEAL 5170.—United States *v.* Air Express International Agency, Inc., a/c Hyland Laboratories.— —Abstract 68288. Appeal dismissed September 28, 1964.

DECEMBER 3, 1964

**No. 68919.**—APPEAL 5188.—Andrew Fisher Cycle Co., Inc. *v.* United States.— —C.D. 2460. Appeal dimissed September 14, 1964.

**No. 68920.**—APPEAL 5189.—United States *v.* Kelvin & Hughes America Corp.— —C.D. 2468. Appeal dismissed September 28, 1964.

**No. 68921.**—APPEAL 5193.—United States *v.* Benrus Watch Company, Inc., et al.— —C.D. 2469. Appeal dismissed September 28, 1964.